UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH A. MARCZESKI, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV01437 (AHN) |
| | : | |
| v. | : | |
| | : | |
| SUSAN B. HANDY, ET AL. | : | |
| *Defendants* | : | NOVEMBER 10, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants respectfully requests a modification of the scheduling order (hereinafter "Order") entered by the Honorable United States Magistrate Judge Holly B. Fitzsimmons. The Order requires that dispositive motions be filed by October 10, 2003. The defendants requested an extension of time to and including November 14, 2003, to file such motion. The Court has yet to rule on this motion. <u>The defendants hereby respectfully request an extension to and including December 30, 2003 to file its dispositive motion</u>. There are numerous allegations in this case, and defendants need additional time to interview witnesses, continue research and brief several legal issues. Plaintiff has indicated that she objects to further extensions.

                                                        DEFENDANTS
                                                        RICHARD BLUMENTHAL
                                                        ATTORNEY GENERAL

                                                        Richard J. Lynch
                                                        Assistant Attorney General

BY: _____
                                                        Daniel Shapiro
                                                        Assistant Attorney General
                                                        Federal Bar No. ct20128
                                                        55 Elm Street
                                                        P.O. Box 120
                                                        Hartford, CT  06141-0120
                                                        Tel: (860) 808-5210
                                                        Fax: (860) 808-5385
                                                        E-mail:  Daniel.Shapiro@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Modification of the Scheduling Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of November, 2003, first class postage prepaid to:

Elizabeth Marczeski, Pro Se
206-B Nautilus Drive
Unit 104
New London, CT  06320

_____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128