UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -4  P 12:20

US DISTRICT COURT
BRIDGEPORT CT

ELIZABETH A. MARCZESKI,  : CIVIL NO. 3:01CV01437 (AHN)(HBF)
   Plaintiff,

v.

SUSAN B. HANDY, ET. AL.,  : DECEMBER 3, 2003
   Defendants.

## MEMORANDUM REGARDING MOTION OF MODIFICATION OF SCHEDULE ORDER

1. In the defendants motion for an extension to interview witnesses, continue research, and brief several legal issues, I do object.

2. On October 11, 2001, a three-way telephone conversation was held between Your Honor (Fitzsimmons), Shapiro, and me. During that conversation, Your Honor mentioned that the defendants seriously consider settling with me given their verbal request for an extension at that time. Also at that time, the defendants were to begin discovery which did not happen for at least a year or more. I believe the discoveries began when I requested a court appointed attorney which was part denied and part granted. The discoveries occurred at that time and seem to be at a stall by the defendants by numerous motions for extensions for discovery.

3. I was offered a mere apology by the State Commissioner who over sees the prisons and who signed the document which Knox and Fox presented to him to to have me falsely incarcerated at CVH. An apology is not enough, and I feel I should be compensated for the trauma that I went through while being "warehoused".

Courtesy copy to: Honorable H. B. Fitzsimmons

1

4. I offer Exhibit "A" and "B" which relates to the same similar experience I went through while at CVH. Defendant Mullaney should had forwarded my grievances to the State Police or to the State Commissioner of Corrections to investigate my allegations, but Mullaney did not act on any of my grievances and as with the former State Commissioner of Corrections, who fosters an environment conducive to sexual harassment. In Exhibit "A" and "B" clearly shows that at least there was an immediate investigation rather than with mine grievance, it was left uninvestigated. As I recall following the case at York prison, the CEO of York was fired as well as other state correctional officers for their conduct.

5. The Defendants just do not want to take responsibility for their actions in this civil case and pray that an apology would be suffice. I am the one who suffers, and actually I am the victim and was victimized by the defendants for their lack of taking responsibility for their actions that were calculated, cruel, and unusual punishment for me or anyone to bare. The defendants can not only accept responsibility for their actions, but the defendants refused to act and avoid their own professional responsibility in this civil matter.

6. Lastly, because I was sent to CVH to a "restoration unit", gave the New London police some cause to put me on a National Registry as being mentally ill. I was sent to CVH to see and/or what may be incompetent about me as I requested a trial which I never got and was forced to plead to a crime I do not commit or go to Niantic prison (York) or get a new lawyer according to my Public Defender. I was not in a mental institution, I in was a restoration unit. Thus, again my rights are violated to bare arms to protect myself and to be known nationally as mentally ill which is

2

an untruth. I plan to live in the desert in New Mexico. There are mountain lions and coyotes there. I will not be able to protect myself as I would be unable to buy a rifle due to this national registry. This whole matter from the arrest of me and to this registry is snow balling out of control. The Department of Mental Health and Addiction of which I was referred to upon leaving CVH has me down as a normal person, but suffers from PTSD (Post Traumatic Stress Disorder).

7. It seems the New London police whom I have in the Honorable Goettels Court, want my CVH medical record due to this national registry. I think it is time to consolidate should there be anymore motions of extensions.

8. Of any classic case of being railroaded, I was it. I am so angry and hurt that I was let down by the system who used and abused me, my own public defender dumping me, and having to plea to a crime I did not commit so help me God.

Respectfully submitted,

*[signature]* 12/3/03

Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by U.S. Mail, first class, postage pre-paid, on this 3rd day of December, 2003 to the following:

Daniel Shapiro
AAG
55 Elm St.
Hartford, CT  06141-0120

*Elizabeth Z.*  12/3/03

Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541

EXHIBIT A

# The Day

## REGION

*SECTION C

# York officer fired for relationship with inmate

## Another is suspended while case is investigated

By ANDREW RYAN
Day Staff Writer

E---- — A ---- at the state's ---- York Cor------- but has been on paid administrative leave since April 30. His firing will be effective May 14, Oien said.

Streater could not be located for comment.

In addition, Correction Treatment Officer Joseph Cullen was placed on paid administrative leave while the department conducts

cer Kenneth Streater for "undue familiarity" with an inmate but Karen Oien, a department spokeswoman, refused to describe the behavior that led to his dismissal. In the department's online administrative directives, 14 different conditions constitute undue familiarity, ranging from sexual contact to business agreements.

Streater worked on the third shift at York, ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- ---- the investigation or his suspension.

Reached on the phone, Cullen refused to comment about the investigation or his suspension.

Robert Katz, an executive board member of the officers' union Local 1565, refused to comment on the specifics of either Streater's or Cullen's cases, but stressed that the union is supporting and representing its members. "The firing and the suspension come on the heels of a series of incidents at York, the

state's only women's prison, located in Niantic just off Interstate 95. Late last month state police spent almost 11 hours at the facility investigating a sexual relationship between an inmate and a staff member. It is illegal for correction staff to have sex with inmates, even if it is consensual.

While department spokesman Brian Garnett wouldn't discuss details of the investigation last month, he confirmed that correction supervisor Capt. Wayne Ford was transferred from York to J.B. Gates Correctional Institution in East Lyme. However, Garnett refused to say whether the transfer was re-

See **YORK** *page* **C7**

# York officer under investigation for allegedly having sex with inmate

*From B1*

In October, Ford and another corrections supervisor were given 10-day suspensions for failing to dispose of a penis-shaped cake served at a fellow employee's August birthday party at the women's prison.

This is not the first instance of alleged sexual misconduct at York, the state's only prison for women.

In 1998, the state police and the Department of Correction investigated York after reports of sex between male corrections officers and female inmates. At least eight men, including former Deputy Warden Robert G. Shukis, were arrested after police determined they had sex with inmates. Prison officials at the time said they were taking steps to curb the problem.

Then, in August 2002, two male employees were fired for having sex with inmates.

A few days earlier, 15 female correction officers filed a class-action lawsuit against John Armstrong, the state commissioner of corrections, claiming the department fosters an environment conducive to sexual harassment.

Throughout the ensuing media coverage, the department maintained that it strictly enforces a zero-tolerance policy toward sexual harassment.

A few weeks later the department was in the spotlight again, this time for an incident involving a birthday cake shaped like a penis that was served at a guard's party at York in August.

In that incident Lt. Patrick Hensch allegedly brought the cake to the prison to celebrate the birthday of a fellow supervisor. Ford and another supervisor, Major Lora A. Castronova, were allegedly aware of the party.

Hensch was demoted for bringing the "sexually suggestive" cake into the facility and participating at the party where it was served. Ford and Castronova were placed on paid administrative leave. A fourth employee, Officer Christopher Richards, the former stepson of the prison's warden, also became a target of the investigation.

In an October letter to Ford, Warden Pamela L. Richards chided Ford for failing to remove the cake from the prison in a timely fashion.

Ford remained on leave until Oct 17 before returning to York. Castronova was transferred to Manson Youth Institute in Cheshire.

*a.ryan@theday.com*

**EXHIBIT B**

# Illicit sex investigated at York

## State police look into whether officer, inmate had relations

By **ANDREW RYAN**
Day Staff Writer

**Niantic** — State police are investigating allegations of an illegal sexual relationship between a staff member and an inmate at the Janet S. York Correctional Institute in Niantic.

Sgt. John Rich, of the Eastern District Major Crime Squad, declined Friday to identify either the name of the staff member or the inmate. On Thursday, investigators spent almost 11 hours at the facility on Route Spring Road in Niantic, according to police records.

Rich stressed that the inquiry was still in its early stages.

"We occasionally investigate these type of allegations at York," he said. "Sometimes they result in criminal prosecution, sometimes they don't."

While corrections officials acknowledged the inquiry, they refused to discuss the nature of the investigation or the people involved.

"We have received allegations at York which we have now referred to the state police for investigation," said Brian Garnett, a department spokesman.

It is illegal for corrections staff to have sex with inmates, even if it is consensual.

Garnett said that corrections supervisor Capt. Wayne Ford was transferred from York to J.B. Gates Correctional Institution in East Lyme. Garnett declined to give a reason for the transfer.

Ford could not be reached for comment.

See **YORK** page **B4**

## York officer fired, another being investigated for "undue familiarity"

[text partially obscured] to the state police investigation in April.

In October, two state Department of Correction supervisors were given 10-day suspensions for failing to dispose of a penis-shaped cake served at a fellow employee's August birthday party at the women's prison.

A few days earlier, 15 female correction officers filed a class-action lawsuit against John Armstrong, then state Commissioner of Correction, claiming the department fosters an environment conducive to sexual harassment.

In August 2002 Richard Garofalo, a laundry supervisor, was fired for undue familiarity. Police said Garofalo was investigated for allegedly having a sexual relationship with a woman inmate at York.

In 1998 the state police and the Department of Correction began to investigate York after reports of sex between correction officers and inmates. At least eight men, including former Deputy Warden Robert G. Shukis, were arrested after police determined that they had sex with female inmates. Prison officials at the time said they were taking steps to curb the problem.

*a.ryan@theday.com*