UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 30 P 12: 09

US DI___
___

ELIZABETH A. MARCZESKI,      : CIV.NO. 3:01CV01437 (AHN)(HBF)
    Plaintiff,                :

    v.

SUSAN B. HANDY, ET.AT.,       : DECEMBER 29. 2003
    Defendants.

MEMORANDUM

1.  Again I object to the defendants ongoing motions for extensions.  The motions
appear to be for the same reasons.

2.  The only person who is a witness from the Department of Mental Health and
Addiction Services is Carol Richards.  She has transferred to CVH and works
at Merritt Hall in Middletown, CT.

3.  Since I am 'pro se', I feel that although the defendants are presented by
counsel, it is not 'fair play' or 'fair game' to continue to ask for extensions so that
the defendants can seek new legal research to whittle out of this Civil Action.

4.  Starting on Oct. 11, 2001, the defendants have asked for one extension after
another.  From 2001, the defendants had  more than ample time to seek research
and interview witness, rather than hold off until the last minute to seek new strategy.

5.  The defendants spoke of having a trial, now the defendants continue to ask me
to withdraw.  I can not withdraw.  I feel I should be compensated for the pain and
suffering I endured while at CVH.  An apology is not enough.

6.  And I remind the defendants that they ignored a stipulation order by Judge Handy

Courtesy copy to:  Honorable H. B. Fitzsimmons

1

that stipulated my having surgery or I would not go to CVH at that time.

7.  The allegations are true and factual.   Defendant Mullaney sent the grievances to Bill Brady who did nothing in taking action.

8.  And Dr. Carls, who works on the restoration unit, knew of the assault as she read my grievance that I wanted Guerra arrested.  In speaking to Carls, she stated that I could not arrest Guerra.  I said I would sue CVH and Carls stated I could do that for the assault and groping by Guerra.

9.  I also remind the defendants that I was sent to CVH based on fraud by Knox who perjured himself, Fox who intentionally made me fail the test, and the use of the document by the Honorable Judge Goettel that stated I was uncomprehensive but also stated that He never stated that I was incompetent nor did he make any reference to me being incompetent nor did the Court.  Judge Goettel did not recommend that I be sent to CVH as stated.

10.  Then I was given a anti-psychotic for a mental illness I do not suffer from.

11.  I have nightmares from what happened to me while at CVH and I will never feel whole again.

12.  I feel I am being slighted by the defendants getting granted more time to do legal research to dismiss this Civil Action.  I do not feel the defendants should have anymore time to do research seeking new legal strategy.

13.  The defendants expected me to act like any other patients and forget it and go on but I can not do that; the pain and memory is still there.

14.  Lastly, I feel the defendants requesting more extensions is a 'stall' tactic as the defendants continue to use the same excuse for an extension.

15.  The injury to my right arm is permanent and I had no injury to my right arm

prior to being sent to CVH.


Respectfully submitted,

*Elizabeth A. Marczeski*                    12/29/03
Elizabeth A. Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541


## CERTIFICATION

I hereby certify that a copy of the foregoing  was mailed, first class, postage-

prepaid, on this 29th day of December, 2003 to the following:


Daniel  Shapiro
AAG
55 Elm Street
Hartford, CT  06141-0120

*Elizabeth A. Marczeski*           12/29/03
Elizabeth A. Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541


3