UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH A. MARCZESKI, *Plaintiff* | : | CIVIL ACTION NO. 3:01CV01437 (AHN)(HBF) |
| v. | : | |
| SUSAN B. HANDY, ET AL. *Defendants* | : | DECEMBER 26, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants respectfully requests an extension of time to and including February 6, 2004, to file its summary judgment motion. Currently, the motion is due on December 31, 2003. There are numerous allegations in this case, and defendants need additional time to interview witnesses, continue research and brief several legal issues. Several of the witnesses have left the Department of Mental Health and Addiction Services making meetings increasingly difficult. If granted, defendants will file its motion for summary judgment on or before February 6, 2004. This is defendants' second request for an extension from the scheduling order entered on November 10, 2003. Plaintiff has indicated that she objects to further extensions.

DEFENDANTS
RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Daniel.Shapiro@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Modification of the Scheduling Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of December, 2003, first class postage prepaid to:

Elizabeth Marczeski, Pro Se
206-B Nautilus Drive
Unit 104
New London, CT  06320

_____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128