UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH A. MARCZESKI, : CIVIL ACTION NO.
*Plaintiff* : 3:01CV01437 (AHN)(HBF)
:
v. :
:
[L]ANDY, ET AL. :
[Defend]ants : DECEMBER 26, 2003

## MOTION FOR EXTENSION OF TIME

[The] defendants respectfully requests an extension of time to and including February 6, [2004 to file] its summary judgment motion. Currently, the motion is due on December 31, 2003. [There are nu]merous allegations in this case, and defendants need additional time to interview [witnesses, c]ontinue research and brief several legal issues. Several of the witnesses have left the [Department] of Mental Health and Addiction Services making meetings increasingly difficult. If [granted, def]endants will file its motion for summary judgment on or before February 6, 2004.

[This is defe]ndants' second request for an extension from the scheduling order entered on [October] 10, 2003. Plaintiff has indicated that she objects to further extensions.

DEFENDANTS
RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: /s/ D. Sh.
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Daniel.Shapiro@po.state.ct.us

---

**Margin annotations:**

3:01cv1437 (HBF) 27 January 2004

Defendant's motion for extension of time is **GRANTED**. Defendant's motion for summary judgment is due on or before February 6, 2004. No further extensions will be granted absent a showing of good cause.

SO ORDERED.

/s/ Holly B. Fitzsimmons
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2004 JAN 27 P [filed stamp]