UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

2004 FEB -9  P 12: 55

| | | |
|---|---|---|
| ELIZABETH A. MARCZESKI, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV01437 (AHN)(HBF) |
| | : | |
| v. | : | |
| | : | |
| SUSAN B. HANDY, ET AL. | : | |
| *Defendants* | : | FEBRUARY 6, 2004 |

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule 5 of the Connecticut Local Rules of Federal Procedure, the defendants Garrell Mullaney, Bruce Knox, Patrick Fox, Vincent Franco, Pramodini Deshpande and Mark Puglisi move this court to strike, in its entirety, plaintiff's motion for summary judgment for failure to serve such motion on counsel for the defendants.

Pursuant to the SDSD District Version 1.3 Docket Report dated February 6, 2004, it appears that plaintiff filed a motion for summary judgment on or about October 9, 2003. (See Exhibit A). It is unclear whether a memorandum of law was filed with such motion. The undersigned counsel has not received from plaintiff a motion for summary judgment or memorandum in support of a motion for summary judgment. Rule 5 of the Federal Rules of Civil Procedure provides that, "...every pleading subsequent to the complaint .... shall be served upon each of the parties." Plaintiff has failed to comply with this rule.

For the foregoing reason, plaintiff's motion for summary judgment and memorandum of law in support of such motion, if one exists, should be striken in its entirety.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail:  Daniel.Shapiro@po.state.ct.us

- 2 -

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion to Strike Plaintiff's Motion for Summary Judgment** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of February, 2004, first class postage prepaid to:

Elizabeth Marczeski, Pro Se
206-B Nautilus Drive
Unit 104
New London, CT  06320

Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:01-cv-01437-AHN**

EXHIBIT A

Marczeski v. Handy, et al
Assigned to: Alan H. Nevas
Referred to: Holly B. Fitzsimmons
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court:
Cause: No cause code entered

Date Filed: 07/31/01
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Filing Date | # | Docket Text |
|---|---|---|
| 01/27/2004 | | Set Deadlines: Dispositive Motions due by 2/6/2004. (D'Andrea, S.) (Entered: 01/28/2004) |
| 01/27/2004 | 71 | ENDORSEMENT ORDER Granting 70 Motion for Extension of Time to 2/6/04 to File Motion for Summary Judgment . Signed by Judge Holly B. Fitzsimmons on 1/27/04. (D'Andrea, S.) (Entered: 01/28/2004) |
| 12/30/2003 | 69 | MEMORANDUM re: motions for extensions of time filed since 10/11/01 filed by Elizabeth A. Marczeski. (Cody, C.) (Entered: 01/05/2004) |
| 12/29/2003 | 70 | MOTION for Extension of Time to 2/6/04 to File Summary Judgment Motion by Deshpande, Fox, Franco, Knox, Garrel Mullaney, Mark Puglisi. (Corriette, M.) (Entered: 01/08/2004) |
| 12/04/2003 | 68 | Memorandum re 66 MOTION for Extension of Time for [59] Scheduling Order filed by Elizabeth A. Marczeski. (Kolesnikoff, D.) (Entered: 12/09/2003) |
| 11/26/2003 | 67 | Endorsement ORDER granting re 66 MOTION for Extension of Time [59] Order filed by Fox, Garrel Mullaney, Knox, Franco, Deshpande, Mark Puglisi Dispositive Motions due by 12/30/2003.. Signed by Judge Holly B. Fitzsimmons on 11/24/03. (Kolesnikoff, D.) (Entered: 12/02/2003) |
| 11/13/2003 | 66 | MOTION for Extension of Time to 12/30/03 to file dispositive motions [59] Scheduling Order by Deshpande, Fox, Franco, Knox, Garrel Mullaney, Mark Puglisi. (Cody, C.) (Entered: 11/17/2003) |
| 10/10/2003 | | ENDORSEMENT granting [63-1] motion to Extend Time until 10/15/03 to file motion for summary judgment ( signed by Mag. |

| | | |
|---|---|---|
| | | Judge Holly B. Fitzsimmons ) (Kolesnikoff, D.) (Entered: 10/10/2003) |
| 10/10/2003 | | ENDORSEMENT granting [62-1] motion to Extend Time until 11/14/03 file dispositive motion, resetting Dispositive Motions due by 11/14/03 ( signed by Mag. Judge Holly B. Fitzsimmons ) (Kolesnikoff, D.) (Entered: 10/10/2003) |
| 10/09/2003 | 65 | MOTION by Elizabeth A. Marczeski for Summary Judgment (Brief Due 10/30/03 ) (Simpson, T.) (Entered: 10/09/2003) |
| 10/07/2003 | 64 | MEMORANDUM by Elizabeth A. Marczeski in support of [63-1] motion to Extend Time until 10/15/03 to file motion for summary judgment (Basile, F.) (Entered: 10/07/2003) |
| 10/07/2003 | 63 | MOTION by Elizabeth A. Marczeski to Extend Time until 10/15/03 to file motion for summary judgment (Basile, F.) (Entered: 10/07/2003) |
| 10/02/2003 | 62 | MOTION by Susan B. Handy, Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi, Sarah Steere to Extend Time until 11/14/03 file dispositive motion (Basile, F.) (Entered: 10/07/2003) |
| 09/08/2003 | 61 | Exhibits by Elizabeth A. Marczeski to [60-1] support memorandum by Elizabeth A. Marczeski (Kolesnikoff, D.) (Entered: 09/10/2003) |
| 09/08/2003 | 60 | MEMORANDUM by Elizabeth A. Marczeski (Kolesnikoff, D.) (Entered: 09/10/2003) |
| 02/27/2003 | 59 | SCHEDULING ORDER setting Discovery cutoff 8/10/03 ; Dispositive Motions due 10/10/03 ; ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 02/28/2003) |
| 02/24/2003 | | ENDORSEMENT denying [57-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 02/25/2003) |
| 02/10/2003 | 58 | Response re: 26f notice by Elizabeth A. Marczeski (Sbalbi, B.) (Entered: 02/11/2003) |
| 01/08/2003 | 57 | MOTION by Elizabeth A. Marczeski for Appointment of Counsel (Sbalbi, B.) (Entered: 01/10/2003) |
| 12/13/2002 | | ENDORSEMENT denying as moot [55-1] motion re: status of Motion for Reconsideration ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 12/16/2002) |

| 12/13/2002 | | ENDORSEMENT denying [43-1] motion for Reconsideration of order dated 7/9/02 re: [11-1] motion to Dismiss, [22-1] motion to Dismiss, [40-1] recommended ruling ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 12/16/2002) |
| --- | --- | --- |
| 12/12/2002 | | ENDORSEMENT granting [51-1] motion to Extend Time 10 days for research ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 12/13/2002) |
| 12/04/2002 | 56 | Reply to Defenses by Elizabeth A. Marczeski contained in [54-1] answer by defendants (Sbalbi, B.) (Entered: 12/04/2002) |
| 11/20/2002 | 55 | MOTION by Elizabeth A. Marczeski re: status of Motion for Reconsideration (Candee, D.) (Entered: 11/25/2002) |
| 11/06/2002 | 54 | ANSWER to Complaint by Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi (Sbalbi, B.) (Entered: 11/06/2002) |
| 10/18/2002 | 53 | RESPONSE by Elizabeth A. Marczeski to [31-1] motion for More Definite Statement by defendants (Warren, C.) (Entered: 10/18/2002) |
| 08/29/2002 | 52 | RESPONSE by Elizabeth A. Marczeski to [31-1] motion for More Definite Statement by defendants (Sbalbi, B.) (Entered: 09/04/2002) |
| 08/19/2002 | 51 | MOTION by Elizabeth A. Marczeski to Extend Time 10 days for research (Sbalbi, B.) (Entered: 08/21/2002) |
| 08/01/2002 | 50 | MARSHAL's return unexecuted on Complaint as to Fox Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 08/01/2002 | 49 | MARSHAL's return unexecuted on Complaint as to Franco Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 08/01/2002 | 48 | MARSHAL's return unexecuted on Complaint as to Knox Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 08/01/2002 | 47 | MARSHAL's return unexecuted on Complaint as to Mark Puglisi Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 08/01/2002 | 46 | MARSHAL's return unexecuted on complaint as to Sarah Steere Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 08/01/2002 | 45 | MARSHAL's return unexecuted on Complaint as to Deshpande Individually (D'Andrea, S.) (Entered: 08/05/2002) |
| 07/31/2002 | 44 | MEMORANDUM by Elizabeth A. Marczeski (Kolesnikoff, D.) |

| | | |
|---|---|---|
| | | (Entered: 08/01/2002) |
| 07/23/2002 | 43 | MOTION by Elizabeth A. Marczeski for Reconsideration of order dated 7/9/02 re: [11-1] motion to Dismiss, [22-1] motion to Dismiss, [40-1] recommended ruling (Brief Due 8/13/02 ) (Kolesnikoff, D.) (Entered: 07/23/2002) |
| 07/09/2002 | | ENDORSEMENT approving & adopting [40-1] recommended ruling ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 07/10/2002) |
| 06/17/2002 | 42 | MEMORANDUM by Elizabeth A. Marczeski in support of [41-1] ruling objection (Sbalbi, B.) (Entered: 06/28/2002) |
| 06/17/2002 | 41 | OBJECTION to [40-1] recommended ruling re: [22-1] motion to Dismiss, [11-1] motion to Dismiss by Elizabeth A. Marczeski (Sbalbi, B.) (Entered: 06/28/2002) |
| 06/06/2002 | | ENDORSEMENT granting [31-1] motion for More Definite Statement ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 06/10/2002) |
| 06/06/2002 | | ENDORSEMENT granting [35-1] motion to Extend Time for 10 days to Respond to Motion for More Definite Statement ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 06/10/2002) |
| 06/05/2002 | 40 | RECOMMENDED Ruling granting [22-1] motion to Dismiss Objections due 6/23/02, [11-1] motion to Dismiss Objections due 6/23/02 ( signed by Mag. Judge Holly B. Fitzsimmons ) 13 Page(s) (Sbalbi, B.) (Entered: 06/05/2002) |
| 04/29/2002 | 39 | MEMORANDUM by Elizabeth A. Marczeski in support of [36-1] opposition memorandum (Sbalbi, B.) (Entered: 04/30/2002) |
| 04/22/2002 | 38 | Submission of Exhibits by Elizabeth A. Marczeski to (Sanders, C.) (Entered: 04/23/2002) |
| 04/15/2002 | 37 | MEMORANDUM by Elizabeth A. Marczeski in support of [36-1] opposition memorandum (Sbalbi, B.) (Entered: 04/16/2002) |
| 04/03/2002 | 36 | AMENDED MEMORANDUM by Elizabeth A. Marczeski in opposition to [31-1] motion for More Definite Statement by defendantsssss (Sbalbi, B.) (Entered: 04/03/2002) |
| 03/21/2002 | 35 | MOTION by Elizabeth A. Marczeski to Extend Time for 10 days to Respond to Motion for More Definite Statement (Corriette, M.) (Entered: 03/22/2002) |

| 03/13/2002 | 34 | NOTICE of receipt of medical records from CVH by Elizabeth A. Marczeski (Sbalbi, B.) (Entered: 03/15/2002) |
| 02/14/2002 | 33 | MEMORANDUM by Elizabeth A. Marczeski in opposition to [31-1] motion for More Definite Statement by defendants (Sbalbi, B.) (Entered: 02/14/2002) |
| 02/04/2002 | 32 | MEMORANDUM by Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi in support of [31-1] motion for More Definite Statement (Sbalbi, B.) (Entered: 02/04/2002) |
| 02/04/2002 | 31 | MOTION by Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi for More Definite Statement (Brief Due 2/25/02 ) (Sbalbi, B.) (Entered: 02/04/2002) |
| 01/22/2002 |  | ENDORSEMENT granting [29-1] motion to Withdraw [24-1] motion to Strike statements in [22-1] motion to Dismiss by Sarah Steere by Elizabeth A. Marczeski ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 01/22/2002) |
| 01/18/2002 | 30 | NOTICE of correction of typo in sumitting documents by Elizabeth A. Marczeski (Sbalbi, B.) (Entered: 01/18/2002) |
| 01/09/2002 | 29 | MOTION by Elizabeth A. Marczeski to Withdraw [24-1] motion to Strike statements in [22-1] motion to Dismiss by Sarah Steere by Elizabeth A. Marczeski (Brief Due 1/30/02 ) (Sbalbi, B.) (Entered: 01/09/2002) |
| 01/02/2002 | 28 | OBJECTIONS by Elizabeth A. Marczeski to [22-1] motion to Dismiss by Sarah Steere (Sbalbi, B.) (Entered: 01/02/2002) |
| 01/02/2002 | 27 | NOTICE of submission of documents by Elizabeth A. Marczeski (Sbalbi, B.) (Entered: 01/02/2002) |
| 12/19/2001 | 26 | APPEARANCE of Attorney for Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi -- Daniel R. Shapiro (Corriette, M.) (Entered: 12/19/2001) |
| 12/13/2001 | 25 | MEMORANDUM by Elizabeth A. Marczeski in support of [24-1] motion to Strike statements in [22-1] motion to Dismiss by Sarah Steere (Sbalbi, B.) (Entered: 12/17/2001) |
| 12/13/2001 | 24 | MOTION by Elizabeth A. Marczeski to Strike statements in [22-1] motion to Dismiss by Sarah Steere (Brief Due 1/3/02 ) (Sbalbi, B.) (Entered: 12/17/2001) |
| 12/13/2001 |  | ENDORSEMENT denying [20-1] motion for Security for Costs |

| | | |
|---|---|---|
| | | ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 12/17/2001) |
| 12/13/2001 | | ENDORSEMENT denying [16-1] motion re phone conf. requesting counsel to refrain from using certain terminology ( signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 12/17/2001) |
| 12/10/2001 | 23 | MEMORANDUM by Sarah Steere in support of [22-1] motion to Dismiss (Sbalbi, B.) (Entered: 12/11/2001) |
| 12/10/2001 | 22 | MOTION by Sarah Steere to Dismiss (Brief Due 12/31/01 ) (Sbalbi, B.) (Entered: 12/11/2001) |
| 12/07/2001 | 21 | OBJECTIONS by Elizabeth A. Marczeski to [20-1] motion for Security for Costs by Sarah Steere (Sbalbi, B.) (Entered: 12/07/2001) |
| 12/04/2001 | 20 | MOTION by Sarah Steere for Security for Costs (Sbalbi, B.) (Entered: 12/04/2001) |
| 11/15/2001 | | ENDORSEMENT granting [18-1] motion to Extend Time to file appearance in individual capacities ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 11/16/2001) |
| 11/15/2001 | 19 | OBJECTIONS by Elizabeth A. Marczeski to [11-1] motion to Dismiss by Susan B. Handy (Sbalbi, B.) (Entered: 11/16/2001) |
| 11/06/2001 | 18 | MOTION by Susan B. Handy, Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi to Extend Time to file appearance in individual capacities (Warren, C.) (Entered: 11/09/2001) |
| 11/06/2001 | 17 | APPEARANCE of Attorney for Sarah Steere -- Robert Bishop Fiske III (Warren, C.) (Entered: 11/08/2001) |
| 11/02/2001 | 16 | MOTION by Elizabeth A. Marczeski re phone conf. requesting counsel to refrain from using certain terminology (Sbalbi, B.) (Entered: 11/05/2001) |
| 10/25/2001 | | ENDORSEMENT granting [15-1] motion to Extend Time for 10 days to respond to motion to dismiss, Brief Deadline set for 11/12/01 [11-1] motion to Dismiss ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 10/25/2001) |
| 10/24/2001 | | ENDORSEMENT denying [14-1] motion for Reproduction of papers ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 10/25/2001) |
| 10/17/2001 | 15 | MOTION by Elizabeth A. Marczeski to Extend Time for 10 days to |

|  |  | respond to motion to dismiss (Gutierrez, Y.) (Entered: 10/18/2001) |
|---|---|---|
| 10/17/2001 | 14 | MOTION by Elizabeth A. Marczeski for Reproduction of papers (Brief Due 11/7/01 ) (Gutierrez, Y.) (Entered: 10/18/2001) |
| 10/11/2001 | 13 | Telephone Status Conference held ( HBF) (Kolesnikoff, D.) (Entered: 10/16/2001) |
| 10/10/2001 | 12 | MEMORANDUM by Susan B. Handy in support of [11-1] motion to Dismiss (Sbalbi, B.) (Entered: 10/10/2001) |
| 10/10/2001 | 11 | MOTION by Susan B. Handy to Dismiss (Brief Due 10/31/01 ) (Sbalbi, B.) (Entered: 10/10/2001) |
| 10/03/2001 | 10 | Waiver of Service of Summons as to Susan B. Handy signed on 08/22/01 (Warren, C.) (Entered: 10/05/2001) |
| 09/24/2001 | 9 | ORDER re courtesy copies: copies of all filings should be forwarded to chambers ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Sbalbi, B.) (Entered: 09/25/2001) |
| 09/14/2001 | 8 | ORDER REFERRING CASE to Mag. Judge Holly B. Fitzsimmons ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 09/17/2001) |
| 09/14/2001 |  | ENDORSEMENT granting [6-1] motion to Extend Time until 10/31/01 to file an appearance for the DMHAS defendants in their individual capacities ( signed by Judge Alan H. Nevas ) (Sbalbi, B.) (Entered: 09/14/2001) |
| 09/10/2001 | 7 | MARSHAL'S return of service on waiver of summons and complaint executed as to Garrel Mullaney on 08/12/01 (Warren, C.) (Entered: 09/13/2001) |
| 08/27/2001 | 5 | Response by Elizabeth A. Marczeski to Motion to extend time dated 8/17/01 (no such motion filed) (Sbalbi, B.) (Entered: 08/28/2001) |
| 08/23/2001 | 4 | APPEARANCE of Attorney for Susan B. Handy -- Heather Wilson (Warren, C.) (Entered: 08/23/2001) |
| 08/20/2001 | 6 | MOTION by Garrel Mullaney, Knox, Fox, Franco, Deshpande, Mark Puglisi to Extend Time until 10/31/01 to file an appearance for the DMHAS defendants in their individual capacities (Warren, C.) (Entered: 09/10/2001) |
| 08/02/2001 |  | USM 285 forms, waivers of service of summons & accompanying paperwork handed to USMS (Ruocco, M.) (Entered: 08/02/2001) |

| 07/31/2001 | 3 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 1/30/02 ; Dispositive Motions due 3/1/02 Amended Pleadings due 10/1/01 Motions to Dismiss due 11/1/01 (Ruocco, M.) (Entered: 08/01/2001) |
| 07/31/2001 | 2 | COMPLAINT (Ruocco, M.) (Entered: 08/01/2001) |
| 07/31/2001 | | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Joan G. Margolis ) (Ruocco, M.) (Entered: 08/01/2001) |
| 07/30/2001 | 1 | MOTION by Elizabeth A. Marczeski to Proceed in Forma Pauperis (Ruocco, M.) (Entered: 08/01/2001) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/06/2004 08:15:39 | | |
| PACER Login: | ag0031 | Client Code: | drs |
| Description: | Docket Report | Case Number: | 3:01-cv-01437-AHN |
| Billable Pages: | 4 | Cost: | 0.28 |