UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10  A 11: 48

ELIZABETH A. MARCZESKI,  : CIVIL NO. 3:01CV01437 (AHN)(HBF)
Plaintiff,                :

v.

SUSAN B. HANDY, ET. AL.,  : FEBRUARY 9, 2004
Defendants.

MOTION TO STRIKE DEFENDANT'S MOTION TO STRIKE SUMMARY JUDGEMENT

1. I respectfully make a motion to strike the defendant's motion to strike my admission of summary judgment in its entirety.

2. In accordance to Rule 5 of the F.R.C.P., the counsel for the defendants did not state whether is was Rule 5 (a), (b), (c), (d), or (e). I excepted the defendant's motion to include all of Rule 5.

3. I submitted my Motion for Summary to both this Court and to the Defendant's via U.S. Mail (Exhibit A.) Exhibit A shows that I mailed (with zip codes) the documents on 10/6/2003. The zip code for the defendant's counsel is 06141 and the zip code for this Court is 06604. The $0.45 additional cost was for a tracking number.

4. I did ask this Court for an extension in submitting my Summary Judgment due to the use of my right arm in using the computer which was granted. I submitted the Summary Judgment on 10/9/03 before the actual due date of 10/10/03.

5. A Schedule Order by the Honorable Fitzsimmons clearly states that "all parties

Courtesy copy to:  Honorable H. B. Fitzsimmons

1

will file any dispositive motions (i.e., motions for summary judgment under Rule 56) on or before October 10, 2003. I did file that dispositive motion as requested by the Court.

6. I did submit my Summary Judgment by U.S. Mail to not only this Court but to the defendant's who are represented by counsel (D. Shapiro). I did give Notice of Service to both the Court and to the Defendant's through their counselor.

7. I had put my return address on the document sent to the defendant's counselor and someone received the document, as the document was not returned to me.

8. I pray that my motion to NOT grant the defendant's their motion to strike be granted.

9. Another solution is that the Court allow me to re--enter the document (since the defendant's motion for an extension was Feb. 6, 2004) but this time with a registration number or certified mail number that also includes a tracking number.

10. At least I have proof that I did mail the document via U.S. Mail on 10/6/03 and did give "Notice of Service" to the defendant's through their attorney.

11. I am pro se and I am trying to do the best I can to my ability.

Respectfully submitted,

*[signature]* 2/9/04
Elizabeth A. Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by U.S. Mail, certified # 7003 1680 006 5724 1026 or ~~registered~~ and with tracking number 0303 2460 0000 8255 3740 on this 9th day of February, 2004, to the following.

Daniel Shapiro
AAG
55 Elm St.
Hartford, CT  06141-0120

*Elizabeth Marczeski*    2/9/04

Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541

EXHIBIT A

```
DATE           23-700400383-02          TIME
10/06/03                                12:55

       U S POSTAL SERVICE (0833690320)
              27 MASONIC ST
            NEW LONDON, CT 06320


              PURCHASE      $    12.30
              CASH BACK     $    20.00
              -------------------------
              TOTAL         $    32.30

              DEBIT SALE

ACCT. NUMBER                      EXP
0242                              9405

TRAN #   CLERK ID   RECEIPT #    AUTH
  58        93       000000     261269

         REFUNDS ONLY PER DMM P014

              WE DELIVER FOR YOU

         TOP COPY  : U S POSTAL SERVICE
         BOTTOM COPY: CUSTOMER
```

---

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       NEW LONDON
  NEW LONDON, CT 06320-9998
       10/06/03 12:53PM

Store    USPS           Trans      63
Wkstn    sys5004        Cashier    BFYZMC
Cashier's Name          CRISTITO
Stock Unit Id           SIACHRIS
PO Phone Number         860-443-4393
USPS #                 (0833690320)

1. First Class                       0.60
   Destination:        06141
   Weight:             1.30oz
   Postage Type:       PVI
   Total Cost:         0.60
   Base Rate:          0.60
2. Priority Mail                     4.30
   Destination:        06604
   Weight:             3.50oz
   Postage Type:       PVI
   Total Cost:         4.30
   Base Rate:          3.85
   SERVICES
   Delivery Conf (retail)            0.45
   03001290000522662095
3. $7.40 Flag DS Bk                  7.40

Subtotal                            12.30
Total                               12.30

DebitCard                           32.30
   Purchase            12.30
   Cash Back           20.00

Change Due
   Cash                             20.00

Please call 1-800-ASK-USPS
(1-800-275-8777) for USPS information
or visit us on the web at
www.usps.com. To order stamps by
phone, call 1-800-Stamp24.

Number of Items Sold: 3

          Thank You
      Please come again!
```