UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH A. MARCZESKI,   : CIVIL NO. 3:01CV01437 (AHN(HBF)
   Plaintiff,

v.

SUSAN B. HANDY, ET. AL.,   : FEBRUARY 9, 2004
   Defendants.

MEMORANDUM

1. In regards to the Defendant's motion to strike my summary judgment, the defendant's submitted their Exhibit A.

2. On page 1 of the Exhibit, the Demand states $0. This is not true. I have demanded $75,000 per defendant for emotional duress, trauma, pain, and suffering, negligence and others.

3. Let it be noted that how many times the defendants have asked for an extension that is on that list (Exhibit A.)

4. The defendant's through their attorney (Shapiro) was designated for the scheduling order which seems to gives them an advantage. The defendants can continue to delay by extensions and so forth as they have control of the schedule.

5. That puts me at a disadvantage and I am pro se.

6. As for the defendant's motion to strike my dispositive motion of my Motion for Summary Judgment, I did give Notice of Service to the defendants attorney. The defendant's statement that they did not receive the document is heresy (misbelief) At least I have proof that I did send my Summary Judgment to the defendants

Courtesy copy to: Honorable H. B. Fitzsimmons

1

through their attorney as I have submitted to this Court via U.S. Postal Mail with receipt including zip codes and the date sent.

7. I understand that the defendants want this civil action dismissed, but the defendants refuse to accept their responsibility for their actions and want to blame others than blame themselves.

8. I am the victim. The defendants made me the victim and victimized me further through cruel and unusual punishment.

9. I have trouble adjusting in being around people since the false incarceration and my life is totally different and not whole.

10. Before the false arrest, I was working and having fun. I can not work anymore. I can not be around people anymore. My health has suffered since being released from CVH. Before going to CVH, my health was fair. My health is now excessively poor.

11. In being pro se, I should be given the benefit of doubt as to serving the defendants Notice of Service. At least I have proof I sent the document. The defendants offer no proof.

12. Should I need to send any documentation to the defendants via their attorney, it will be by registered or certified mail with a tracking number to be sure the defendants attorney receives the document. (I would rather send registered, thus, the attorney must sign to receive the document).

Respectfully submitted,

*Elizabeth A. Marczeski*   2/9/04

Elizabeth A. Marczeski, 206 B Nautilus Dr., #104, New London, CT  06320
(860) 440-3541

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by U.S. Mail,
certified # 7003 1680 0006 5724 1026 or ~~registered~~ _____ and with tracking
number 0303 2460 0000 8255 3704 on this 9th day of February, 2004, to the following.

Daniel Shapiro
AAG
55 Elm St.
Hartford, CT 06141-0120

*Elizabeth [signature]*   2/9/04

Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541