UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6  A 11: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ELIZABETH MARCZESKI      : CIV. NO. 3:01CV01437 (AHN)(HBF)
   Plaintiff,                          :

v.

SUSAN B. HANDY, ET.AL., :   APRIL 5, 2004
   Defendants.

## MEMORANDUM

1. I submit Exhibit (A) to the Court as evidence that the antipsychotic that I was required to take in order to be released from CVH has many sides affects that endangered my health.

2. Not only did it endanger my health, but the drug also impaired my thinking and judgment where I was forced to plea to a crime that I did not commit.

3. In being starved at CVH, I survived on cookies and milk and junk food.

4. I relayed to Despande that I was borderline diabetic and had high cholesterol on both sides. Despande ignored that I was borderline diabetic and further ordered that I take zyrexa (olanzaphine).

5. While at CVH, I requested new glasses as my vision became blurred and was unable to read or see properly most likely due to olanzaphine.

6. As many as 100 Law Firms abroad and in the U.S. are suing Eli Lilly over the drug zyprexa (olanzaphine) due to its **toxic** affects on an individual.

7. One group that was successful in suing Eli Lilly was the Women's Law

Courtesy copy to:  Honorable H. B. Fitzsimmons

1

Group at Harvard. There are too many other successful judgments against Eli Lilly regarding olanzaphine. Some plaintiffs' have died.

8. It took me over a year to be able to think properly in making decisions and judgments. The drug made me gain 45 lbs, my vision is still blurred, and I most likely crossed the border on the blood-sugar level. Olanzaphine impaired my thinking; I had suicidal thoughts (as well as other patients); and I could not focus on anything including photo's or pictures that was part of a test by Dr. Carles.

9. In Exhibit (A) it clearly states that olanzaphine is for schizophrenia, bi-polarism, manic depression, anxiety, and other "psychotic" disorders. Although Dr. Pincay relates that there is a history of schizophrenia, I require no medication nor am I in clinical depression. Once a schizophrenic, always a schizophrenic - schizophrenia is for life. I am fortunate not to suffer from that disorder. The diagnosis came from a Dr. Coric who authored the 21 year old medical document that is a fraud.

10. Also note in Exhibit (A), the Zyprexa may also cause serious side affects in otherwise "healthy" patients being treated for mental disorders. My health has been excessively poor since my release at CVH and from taking the drug olanzaphine to be compliant with the court.

11. The other problem that I have with the defendants is their memory. When people tell the truth, the dates and events should be exact. However, as with the defendants, they seem to get the dates and events wrong which would lead me to believe that they are not telling the truth. The defendants seem mixed up and confused of the date of release, and the dates of seeing whom which makes

the defendants appear incompetent. And the only way I could be released was when Puglisi returned from his vacation of which date of his return is question even to himself. Franco could had released me but did not. I did not see a Forensic monitor weekly as other patients did at CVH. I merely went to the morning and evening community meeting, AA, competency school once a week, and news week issues. Therefore, I was warehoused. And I really wanted to talk to a priest, rabbi, or pastor but CVH would not allow me.

12. Exhibit (B) regards Judge Clifford who replaced Judge Handy (who is now an Administrative Criminal Judge in New Britain). Note that Judge Clifford asks the defendant if he is under the influence of any drug or alcohol. Judge Clifford also allows the defendant to have an attorney present when being evaluated by court evaluators such as Fox and Knox. Because of what occurred to me, the system has changed in defendants rights. I should have been able to have my attorney present while Fox and Knox badgered me to fail the competency test. The outcome would had been different and I doubt that I would had been sent to CVH. Had Judge Handy asked me if I was under the influence of a drug, she would not have taken any plea from me according to law. But Judge Handy did not ask me anything but she wanted me to plea that morning or go to jail and think it over for a few days. And my Public Defender told me to get a new attorney as she was imitated by Judge Handy and had no trial experience. I asked for a trail.

13. The defendants should not be granted qualified immunity as they exercised

poor judgment and inadequate training in making their decisions. The actions of the defendants were deliberate, negligent, and willful. Despande was negligent in prescribing olanzaphine (zyprexa) to me. As required by law and being a borderline diabetic, Despande did not take any blood count when administering the antipsychotic to me. This is a trick statement as to the blood count issue.

14. If Despande took the blood count, then, Despande did not take the blood to check how much of olanzaphine I had in my system. It is a catch-22 phrase. A blood count for diabetes can be taken daily with just a prick of the finger. That was not done. It is required by law that all blood testing be done if olanzaphine is administered or any other anti-psychotic drug or anti-depressant. I recall only 2 blood tests being taken at CVH and that was on July 29, 1999 and 2 days after the 29th by a nurse. I believe the last test is a fraud. No one took blood from me on September 9, 1999. The only reason why I would remember this blood taking, as I have poor veins, and the attendant taking my blood usually goes on a fishing expedition and stabbing me with the needle several times such as what occurred on July 29, 1999. I know for a fact that CVH did not take my blood on Sept 9, 1999. It had to be some one else's. It is required by law to blood when prescribing any such drug such as olanzaphine. The test is required to see the level of the drug in the blood system to evaluate whether I would require more of olanzaphine or less. That was not done as required by law.

15. Again, the defendants should not be granted qualified immunity due to their exercising inadequate training and poor judgments and decisions that was

4

a result of negligence, willful, and were deliberate.


Respectfully submitted,

*[signature]*  4/5/04
Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541

5

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed by U.S. Mail, certified mail with return receipt #7003 1680 0006 5724 0975 on this 5th day of April, 2004, to the following.

Daniel Shapiro
AAG
55 Elm St., 5th Floor
Hartford, CT 06141-0120

*Elizabeth Marczeski*    4/5/04
Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541

EXHIBIT (A)

# ZYPREXA  Side Effects Lawsuits

Find lawyers nationwide

### Zyprexa (Olanzapine) Side Effects Lawsuits

Zyprexa is a popular antipsychotic drug used to treat a wide range of disorders including bipolarism, manic depression, anxiety, schizophrenia and other psychotic conditions. Zyprexa works by inhibiting certain dopamine and serotonin receptors that are linked to schizophrenia and depression.

While Zyprexa may be effective in helping people with these disorders, the drug has been linked to serious physical side effects, which lawyers believe Eli Lilly (the drug's maker) has not fully disclosed or monitored. This in spite of the fact that Zyprexa is Eli Lilly's best selling drug, with nearly $2.5 billion in sales in 2002 and has been prescribed to more than 6 million people in the past five years.

The side effects linked to Zyprexa involve drastic changes in patients blood sugar levels. In studies in Europe and Japan, researchers have discovered dozens of cases in which patients suffered injuries from changes in their blood glucose. Several patients reportly died of complications from Zyprexa-induced blood sugar elevation. The patients at greatest risk are people with diabetes or high blood sugar as Zyprexa seems to aggravate their disease. However, Zyprexa may also cause serious side effects in otherwise healthy patients being treated for mental disorders.

The conditions most commonly reported in connection with Zyprexa use have been: diabetes mellitus, pancreatitis, hyperglycemia, and diabetic ketoacidosis and in some cases Diabetic Coma induced by severe insulin deficiency.

In July 2002 a study at Duke University further showed a connection between Zyprexa and diabetes. The study documented nearly 300 cases of diabetes in people using Zyprexa. with many of the cases developing within 6 months of Zyprexa use. However, as of this writing there is no warning about these dangers on Zyprexa's label or product information. The company has resisted efforts to advise Zyprexa users to monitor blood glucose levels. Lawyers believe this negligence has caused unnecessary deaths and injury.

Contact us for a free, confidential claims evaluation if you or a family member has taken Zyprexa and you or they have been injured:

**Please contact us using our confidential Zyprexa case submit form.**

You will be contacted by an attorney who is experienced in the area of drug injury law. We are investigating claims throughout the United States.

EXHIBIT (B)

# REGION DIGEST

## COURTS

## Man enters not guilty plea to murder of woman, child

**By IZASKUN E. LARRAÑETA**
Day Staff Writer

A 21-year-old Navy man accused of strangling his girlfriend and their 5-month-old daughter pleaded not guilty Friday in New London Superior Court to charges that he murdered them.

Wearing leg irons, his head hanging, Charles Davis Jr. appeared at a hearing at which the state was to present evidence and witnesses to show that he more likely than not committed the offenses. But Davis, charged with two counts of murder and two counts of capital felony, decided with the advice of his attorneys to waive his right to the hearing. The capital felony charge carries a possible death sentence.

Before accepting Davis' waiver, Judge Patrick Clifford asked him if he understood that he was giving up his right to confront witnesses. Davis, in a soft voice, barely making eye contact with Clifford, answered "Yes."

Clifford also asked Davis if he was under the influence of any drug or alcohol. Davis initially said no but then told the court he was taking two antidepressant medications, which did not affect his ability to make decisions.

After granting the waiver, Clifford continued Davis' case to April 21.

Davis, a member of the crew of the submarine Memphis, homeported at the Naval Submarine Base in Groton, allegedly strangled his girlfriend, 20-year-old Belinda Parker, and their daughter, Julianna, at Parker's Branford Manor apartment in Groton. An autopsy performed by a state medical examiner determined the cause of death for both victims to be asphyxia by strangulation and ruled their deaths homicides.

Davis told police he and Parker argued Jan. 30 and that the argument turned physical. Davis said he became angry and started to choke Parker to the point of gagging her. He then took his belt, wrapped it around her neck and killed her, Davis told police.

He told police that his daughter was crying and that he put the belt around her neck and killed her, too. Police found the belt wrapped around Parker's neck.

Davis joined the Navy in August 2001 and was assigned to the USS Memphis last April as an electronics technician third class, according to a Navy spokesman. He was aboard the Memphis during its six-month deployment in the Arabian Gulf. The submarine returned to its homeport Jan. 16.

i.larraneta@theday.com