UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 13  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

ELIZABETH A. MARCZESKI,  :  CIVIL NO. 3:01CV01437 (AHN)(HBF)
    Plaintiff,

-against-

SUSAN B. HANDY, ET. AL.,  :  JULY 12, 2004
    Defendants.

## MEMORANDUM

1. I am inquiring about the status of the pending litigation of the above civil action.

2. I have yet to be notified and I am only inquiring as to the status as to perhaps a trial.

Respectfully submitted,

*Elizabeth Marczeski*  7-12-04
Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541

## CERTIFICATION

I certify that a copy of the foregoing has been sent by certified mail 7003 1680 0006 5724 2191, on this 12 day of July, 2004 to the following:

Daniel Shapiro, AAG
55 Elm Street, 5th Floor
Hartford, CT 06141-0120

*Elizabeth Marczeski* · 7-12-04
Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320

Courtesy copy to: Honorable H.B. Fitzsimmons