**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ELIZABETH A. MARCZESKI, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV01437 (AHN)(HBF) |
| v. | : | |
| | : | |
| SUSAN B. HANDY, ET AL. | : | |
| *Defendants* | : | FEBRUARY 5, 2004 |

## MOTION TO SEAL

Pursuant to Rule 5(d), D. Conn. L. Civ. R., the defendants move to seal documents which contain the plaintiff's psychiatric records. Further, the defendants' memorandum of law, statement of undisputed facts and affidavits discuss the plaintiff's course of hospitalization at issue in this case. Psychiatric treatment records and their contents are confidential pursuant to Conn. Gen. Stat. § 52-146d *et seq.*

Although if this case goes to trial, these records will have to be used openly, it is unnecessary for purposes of deciding the motion for summary judgment to disclose the records of the information contained in said records.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY:

Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Daniel.Shapiro@po.state.ct.us

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**