UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH A. MARCZESKI        :

v.                            :        Civ. No. 3:01CV01437 (AHN) (HBF)

SUSAN B. HANDY,               :
SARA STEERE,                  :
PATRICK K. FOX, M.D.,         :
BRUCE KNOX,                   :
RAMODINI DESPHANDE, M.D.,     :
MARK PUGLISI,                 :
VINCENT FRANCO and            :
DARRELL MULLANEY              :
                              :

RECOMMENDED RULING ON MOTIONS FOR SUMMARY JUDGMENT

Plaintiff brings this civil rights action pursuant to 42

U.S.C. §1983, 18 U.S.C. §241, and 18 U.S.C. §242 against five

employees of the Connecticut Valley Hospital ("CVH"), and one

employee of the Norwich Office of Court Evaluation.[1]  This action

arises out of a state criminal action in which plaintiff was

charged with second degree harassment, adjudged incompetent and

committed to CVH to be restored to competency.  Plaintiff alleges

that defendants violated her constitutional rights during her

mental competency evaluation and while she was a pretrial

detainee at CVH.

For the reasons that follow, plaintiff's Motion for Summary

Judgment **[Doc. #65]** is **DENIED**, and defendants' Motion for Summary

Judgment **[Doc. # 72]** is **GRANTED**.

---

[1] Defendants are sued solely in their individual capacities for
compensatory damages, punitive damages, attorney fees and costs.

1