UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELIZABETH A. MARCZESKI            3:01cv1437 (AHN)

  v.

SUSAN B. HANDY
SARA STEERE
PATRICK K. FOX, M.D.
BRUCE KNOX,
PRAMODINI DESHPANDE, M.D.
MARK PUGLISI
VINCENT FRANCO and
GARRELL MULLANY

## JUDGMENT

This action came on for consideration on plaintiff's motion for summary judgment and defendants' motion for summary judgment before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge and the Honorable Alan H. Nevas, Senior United States District Judge.

On September 10, 2004, Recommended Ruling on Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment was filed. On October 6, 2004, the recommended ruling was approved, adopted and ratified.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 18th day of October, 2004.

KEVIN F. ROWE, Clerk

By_____
      Deputy Clerk

Entered on Docket _____